Rel: December 13, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2023-0951

Kay Statler f/k/a Kay Cotney v. Emily Dixon, Leah Varnell, and Hannah Thompson (Appeal from Tallapoosa Circuit Court: CV-21-900067).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Sellers, Stewart, and Cook, JJ., concur.